

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2022

No. 04-22-00395-CR

Sean Dominic **MCCAULIFFE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR3471
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

Appellant's second motion for an extension of time to file his brief is GRANTED. Appellant's brief is due on or before **January 23, 2023**. No further requests for an extension of time will be considered absent extraordinary circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court